860

Nos. 39 and 293. GASTELUM-QUINONES *v.* KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 336, Misc. BASHAM *v.* PENNSYLVANIA RAILROAD Co. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Appeals of New York granted. Case transferred to the appellate docket. *Ira Gammerman* for petitioner. *David J. Mountan, Jr.* for respondent.

No. 413, Misc. NORVELL *v.* ILLINOIS. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Illinois granted. Case transferred to the appellate docket. *Thomas P. Sullivan* for petitioner.

No. 206. BOWATER STEAMSHIP Co., LTD., *v.* PATTERSON ET AL. C. A. 2d Cir. Certiorari denied. *Lee C. Hinslea* for petitioner. *Thomas P. McMahon* for respondents.

No. 253. J. G. BOSWELL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Melvin D. Wilson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Loring W. Post* and *Charles B. E. Freeman* for respondent.